# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICHAEL BECHTOL,<br><br>                         Plaintiff,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a foreign corporation; and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign corporation,<br><br>                         Defendants. | No. C05-1243L<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On February 16, 2006, plaintiff Michael Bechtol filed a declaration with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 18, 19). As of this date, a courtesy copy of these documents has not been provided for chambers.

Bechtol is hereby ORDERED to show cause within five days of this order why he should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and "Minute Order Setting Trial & Related Dates" (Dkt. # 15). Bechtol shall immediately deliver a paper copy of the

ORDER TO SHOW CAUSE

1 documents filed on February 16, 2006, with tabs or other organizing aids as necessary and
2 clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the
3 Clerk's Office.
4     Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for
5 March 7, 2006.

7     DATED this 27th day of February, 2006.

            /s/ Robert S. Lasnik
            Robert S. Lasnik
            United States District Judge