1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL BECHTOL,

                              Plaintiff,

        v.

METROPOLITAN LIFE INSURANCE
COMPANY, a foreign corporation; and
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY, a foreign
corporation,

                              Defendants.

No. C05-1243L

ORDER VACATING ORDER TO
SHOW CAUSE

        This matter comes before the Court *sua sponte*.  On February 16, 2006, plaintiff

Michael Bechtol filed a declaration with related documents that, taken as a whole, exceeded 50

pages in length (Dkt. # 18, 19).  On February 27, 2006, this Court issued an order to show cause

why plaintiff should not be sanctioned for failure to comply with this Court's "Order Regarding

Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 5) and "Minute Order

Setting Trial & Related Dates" (Dkt. # 15).  On February 28, 2006, the parties filed a stipulated

motion striking the overlength submissions.  The order to show cause is therefore VACATED.

        DATED this 7th day of March, 2006.

                                        _____

                                        Robert S. Lasnik
                                        United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE